IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL WHISBY,
    Petitioner,

v.

WARDEN FCI-ALLENWOOD,
    Respondent.

Civil Action No. 3:14-cv-1377

(Judge Mariani)

### ORDER

**AND NOW**, this 4th day of August, 2014, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Petitioner's application to proceed *in forma pauperis*, (Doc. 3), is **GRANTED** for the purpose of filing the petition only.

2. The petition for writ of habeas corpus, (Doc. 1), is **TRANSFERRED** to the United States District Court for the Southern District of Florida.

3. The Clerk of Court is directed to **CLOSE** this case.

FILED
SCRANTON
AUG 04 2014
PER _____
DEPUTY CLERK

Robert D. Mariani
United States District Judge